Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 3:16-cv-01786-HSG |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TENTH AND MARKET, LLC a/k/a 8 TENTH STREET, LLC, an unknown business entity d/b/a NEMA SF a/k/a NEMA GUEST SUITES a/k/a NEMA |
| vs. | |
| Tenth and Market, LLC a/k/a 8 Tenth Street, LLC, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant TENTH AND MARKET, LLC a/k/a 8 TENTH STREET, LLC an unknown business entity d/b/a NEMA SF a/k/a NEMA GUEST SUITES a/k/a NEMA, that the above-entitled action is hereby dismissed **without prejudice** against TENTH AND MARKET, LLC a/k/a 8 TENTH STREET, LLC an unknown business entity d/b/a NEMA SF a/k/a NEMA GUEST SUITES a/k/a NEMA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 7, 2016, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

**LAW OFFICES OF MATTHEW A. PARE, APC**
By: Matthew A. Pare, Esquire
Attorneys for Defendant
TENTH AND MARKET, LLC a/k/a 8 TENTH STREET, LLC d/b/a NEMA SF a/k/a NEMA GUEST SUITES a/k/a NEMA

**IT IS SO ORDERED**:

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
**United States District Court**
**Northern District of California**

Dated: September 28, 2016

**STIPULATION OF DISMISSAL**
**Case No. 3:16-cv-01786-HSG**
**PAGE 2**